AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of New York

Cristian Omar Coreas-Arevalo ) )
)
_____ )
*Petitioner* )
)
v. )    Case No. _____
) *(Supplied by Clerk of Court)*
U.S. Department of Homeland Security; Pamela )
BONDI; Todd LYONS, Warden, Jackson Parish )
Correctional Center )
_____ )
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1.  (a) Your full name:    Cristian Omar Coreas-Arevalo

    (b) Other names you have used: _____

2.  Place of confinement:

    (a) Name of institution:    Jackson Parish Correctional Center, Jonesboro, LA

    (b) Address:    327 Industrial Drive

    Jonesboro, LA 71251

    (c) Your identification number:    A#: 209-284-170

3.  Are you currently being held on orders by:

    ☑ Federal authorities    ☐ State authorities    ☐ Other - explain:

4.  Are you currently:

    ☐ A pretrial detainee (waiting for trial on criminal charges)

    ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime

      If you are currently serving a sentence, provide:

         (a) Name and location of court that sentenced you: _____

         (b) Docket number of criminal case: _____

         (c) Date of sentencing: _____

    ☑ Being held on an immigration charge

    ☐ Other *(explain)*: _____

    _____

    _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5.  What are you challenging in this petition:

☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☐ Pretrial detention

☑ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☐ Other (explain): _____

_____

_____

6.  Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court:   U.S. Department of Homeland Security,

Immigration and Customs Enforcement (ICE) Jackson Parish Correctional Center in Jonesboro, LA

(b) Docket number, case number, or opinion number:   209-284-170

(c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed):

_____

_____

_____

(d) Date of the decision or action: _____

## Your Earlier Challenges of the Decision or Action

7.  **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☐ Yes          ☑ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: _____

_____

(2) Date of filing: _____

(3) Docket number, case number, or opinion number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

Page 3 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☐ Yes          ☑ No

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court: _____

    (2) Date of filing: _____

    (3) Docket number, case number, or opinion number: _____

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _____

(b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes          ☑ No

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court: _____

    (2) Date of filing: _____

    (3) Docket number, case number, or opinion number: _____

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not file a third appeal:

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes                ☑ No

If "Yes," answer the following:

(a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes                    ☐ No

If "Yes," provide:

(1) Name of court:

(2) Case number:

(3) Date of filing:

(4) Result:

(5) Date of result:

(6) Issues raised:

(b)    Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes                    ☑ No

If "Yes," provide:

(1) Name of court:

(2) Case number:

(3) Date of filing:

(4) Result:

(5) Date of result:

(6) Issues raised:

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

 

 

(c)     Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

 

 

11.     **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☑ Yes                    ☐ No

If "Yes," provide:

(a)     Date you were taken into immigration custody:  11/06/2025

(b)     Date of the removal or reinstatement order:

(c)     Did you file an appeal with the Board of Immigration Appeals?

☐ Yes                    ☑ No

If "Yes," provide:

(1) Date of filing:

(2) Case number:

(3) Result:

(4) Date of result:

(5) Issues raised:

 

 

(d)     Did you appeal the decision to the United States Court of Appeals?

☐ Yes                    ☑ No

If "Yes," provide:

(1) Name of court:

(2) Date of filing:

(3) Case number:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

_____

_____

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes          ☑ No

If "Yes," provide:

(a) Kind of petition, motion, or application: _____

(b) Name of the authority, agency, or court: _____

(c) Date of filing: _____

(d) Docket number, case number, or opinion number: _____

(e) Result: _____

(f) Date of result: _____

(g) Issues raised: _____

_____

_____

_____

_____

_____

_____

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:**    Prolonged Detention Without Bond Hearing Violates Due Process.

Petitioner is detained under INA §236(a) without a prompt individualized custody

determination or bond hearing, in violation of the Due Process Clause of the Fifth Amendment.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Petitioner has lived in the United States since 2016 and has no criminal convictions.

Petitioner filed a Motion for Bond Redetermination with Oakdale Immigration Court on January 30, 2026.

Despite the filing, the court has not scheduled a bond hearing. Petitioner has no criminal history, maintains

lawful employment, and has strong family and community ties in Flushing, NY. Petitioner previously complied

Petitioner has been detained for over one month without an individualized custody review, creating unnecessary

and prolonged detention.

(b) Did you present Ground One in all appeals that were available to you?

☐ Yes            ☑ No

**GROUND TWO:** Petitioner is Bond Eligible and Not a Flight Risk or Danger to the Community valid

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Petitioner entered the United States in 2016 and has resided continuously since then. Petitioner holds a valid

valid Employment Authorization Document and maintains stable employment. He has strong family ties in

Flushing, NY, whose members are willing and able to post bond, petitioner no criminal history and has

has demonstrated good moral character. Petitioner was previously granted bond in 2016 ($12,000) and fully

complied with all release conditions. Petitioner is pursuing relief from removal, including

withholding of removal and protection under the Convention Against Torture.

(b) Did you present Ground Two in all appeals that were available to you?

☐ Yes            ☑ No

**GROUND THREE:** Unreasonable Delay in Scheduling Bond Hearing

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

• Petitioner filed a Motion for Bond Redetermination on January 30, 2026.

• As of March 6, 2026, the Oakdale Immigration Court has not scheduled a bond hearing.

• Petitioner has been detained for over a month without a custody review, despite timely requesting a hearing.

• The delay extends detention unnecessarily and increases hardship on Petitioner, without any evidence

of flight risk or danger.

(b) Did you present Ground Three in all appeals that were available to you?

☐ Yes            ☑ No

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:**   Continued Detention is Unnecessary and Punitive

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

• Petitioner poses no risk of flight and is not a danger to the community.

• Petitioner has long-term residence, lawful employment, family support, and prior compliance with bond.

• Detention has lasted over three months without review, despite Petitioner being eligible for bond.

• Prolonged detention under these circumstances is punitive rather than regulatory, causing unnecessary
hardship.

• Petitioner is actively pursuing relief from removal, making continued detention unjustified.

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes              ☑ No

14.    If there are any grounds that you did not present in all appeals that were available to you, explain why you did
not:

### Request for Relief

15. State exactly what you want the court to do:  Petitioner respectfully requests that this Court:

1. Grant the writ of habeas corpus and order his immediate release from immigration detention; or,

2. Alternatively, order the Government to provide Petitioner with a prompt bond hearing before an immigration judge; and

3. Grant any further relief that the Court deems just and proper.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date:        03/06/2026

*Cristian Coreas*

*Signature of Petitioner*

*Signature of Attorney or other authorized person, if any*

Page 10 of 10