# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | |
|---|---|
| **CRISTIAN OMAR COREAS-AREVALO** | **CASE NO.  3:26-CV-00795 SEC P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **U S DEPT OF HOMELAND SECURITY ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

## TRANSFER ORDER

Considering the transfer to this Court of the above-captioned action on March 11, 2026, formerly Case No. 1:26-cv-01329, United States District Court, Eastern District of New York,

IT IS ORDERED that within twenty (20) days any attorney appearing as counsel of record in this action who is not presently admitted to practice before the United States District Court for the Western District of Louisiana exercise one of the following options:

(1)     File an Application to Practice in this Court;

(2)     File a Motion for Admission Pro Hac Vice pursuant to Local Rule 83.2.6; or

(3)     Secure substitute counsel admitted to practice in this court for the party presently being represented.

THUS DONE in Chambers on this 24th day of March, 2026.

_____
David J. Ayo
United States Magistrate Judge