**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**CRISTIAN OMAR COREAS-AREVALO**      **CIVIL ACTION NO.  3:26-CV-00795 SEC P**

**VERSUS**                            **JUDGE JAMES D. CAIN, JR.**

**U S DEPT OF HOMELAND SECURITY**      **MAGISTRATE JUDGE DAVID J. AYO**
**ET AL**

### REPORT AND RECOMMENDATION

Before the Court is a PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241 [Doc. 1] filed by *pro se* Petitioner Cristian Omar Coreas-Arevalo ("Coreas-Arevalo").  At the time of filing, Coreas-Arevalo was an immigration detainee.

Because Coreas-Arevalo is not detained, the PETITION [Doc. 1] should be DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

### I.    Background

Coreas-Arevalo is a native and citizen of El Salvador, who entered the United States without admission or parole on July 21, 2016.  [Doc. 9-1 at 1].  An immigration judge granted voluntary departure on March 18, 2026.  [*Id.* at 2].  the Department of Homeland Security and Coreas-Arevalo waived the right to appeal.  [*Id.*].

Coreas-Arevalo was scheduled for a flight on March 31, 2026.  [*Id.*].  According to the online detainee locator service, Coreas-Arevalo is no longer detained.[1]

### II.    Law and Analysis

"Article III of the Constitution limits federal 'Judicial Power,' that is, federal-court jurisdiction, to 'Cases' and 'Controversies.'"  *U.S. Parole Comm'n v. Geraghty*, 445 U.S. 388, 395 (1980). A case becomes moot "when the issues presented are no longer 'live' or the parties

---

[1] https://locator.ice.gov/odls/#/search

lack a legally cognizable interest in the outcome." *Id*. at 396 (quoting *Powell v. McCormack*, 395 U.S. 486, 496 (1969)).  If a controversy becomes moot, the case must be dismissed for lack of jurisdiction.  *Lewis v. Continental Bank Corp.*, 494 U.S. 472, 477 (1990).

Coreas-Arevalo was granted voluntary departure and is no longer detained. Therefore, his case is moot.

## III.    Conclusion

Because Coreas-Arevalo is not detained, IT IS RECOMMENDED that the PETITION FOR WRIT OF HABEAS CORPUS [Doc. 1] be DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

Under 28 U.S.C. § 636(b)(1)(c) and Fed. R. Civ. P. 72(b), a party may file written objections to this Report and Recommendation within 14 days of service, unless the Court grants an extension of time to file objections under Fed. R. Civ. P. 6(b).  A party may also respond to another party's objections to this Report and Recommendation within 14 days of service of those objections, again unless the Court grants an extension of time to file a response to objections.

No other briefs may be filed without leave of court, which will only be granted for good cause.  A party's failure to timely file written objections to this Report and Recommendation will bar a party from later challenging factual or legal conclusions adopted by the District Judge, except if the challenge asserts "plain error."

THUS DONE in Chambers on this 6th day of May 2026.

David J. Ayo
United States Magistrate Judge