**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**CRISTIAN OMAR COREAS-AREVALO**                    **CASE NO.  3:26-CV-00795 SEC P**

**VERSUS**                                          **JUDGE JAMES D. CAIN, JR.**

**U S DEPT OF HOMELAND SECURITY ET AL**             **MAGISTRATE  JUDGE  DAVID  J. AYO**

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the instant petition is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**THUS DONE AND SIGNED** in chambers this 1st day of June, 2026.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**